IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,          :

    Plaintiff,                 :

v.                                 :   Civil No. JH-92-1163-C

ANTHONY PARKER,                    :

    Defendant.                 :

.....ooOoo.....

## ORDER OF SATISFACTION

Mr. Clerk:

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by an Abstract of Judgment recorded on 9/21/92, Receipt # 502880, Case # USA-92/68, with the Circuit Court for Prince George's County.

                                        Respectfully submitted,

                                        Allen F. Loucks
                                        United States Attorney

By: _____
Thomas F Corcoran
Assistant United States Attorney
36 S. Charles Street
4th Floor
Baltimore, Maryland 21201
410/209-4800
(Trial Bar No. 24894)

CERTIFICATE OF SERVICE

IT IS HEREBY Certify that on this 11th day of May 2005, a copy of the foregoing Order of Satisfaction was mailed to:

Anthony Parker
6821 Ammendale Way
Beltsville, MD 20705

Gateway Title, Inc.
4201 Mitchellville Road, Suite 400
Bowie, MD 20716
Attn: Jessica Sullivan

Thomas F. Corcoran
Assistant U.S. Attorney